Opinion issued April 23, 2009















In The
Court of Appeals
For The
First District of Texas
____________

NO. 01-07-00475-CR
____________

DAVID EARL COOKSEY, Appellant

V.

THE STATE OF TEXAS, Appellee




On Appeal from the 230th District Court 
Harris County, Texas
Trial Court Cause No. 1102483



 
MEMORANDUM OPINION 
          Appellant, David Earl Cooksey, was convicted by a jury of the offense of
aggravated sexual assault. Appellant elected to have his punishment assessed by the
jury. Appellant was sentenced to confinement for 60 years and assessed a fine of
$10,000. We affirm.

          Appellant’s counsel on appeal has filed a brief stating that the record presents 
no reversible error, that the appeal is without merit and is frivolous, and that the
appeal must be dismissed or affirmed. See Anders v. California, 386 U.S. 738, 87
S.Ct. 1396, (1967). The brief meets the requirements of Anders by presenting a
professional evaluation of the record and detailing why there are no arguable grounds
for reversal. Id. at 744, 87 S.Ct. at 1400; see also High v. State, 573 S.W.2d 807, 810
(Tex. Crim. App. 1978). 

          Counsel represents that she has served a copy of the brief on appellant. 
Counsel also advised appellant of his right to examine the appellate record and file
a pro se brief. See Stafford v. State, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991). 
More than 30 days have passed, and appellant has not filed a pro se brief. Having
reviewed the record and counsel’s brief, we agree that the appeal is frivolous and
without merit and that there is no reversible error. See Bledsoe v. State, 178 S.W.3d
824, 826-27 (Tex. Crim. App. 2005). 

          We affirm the judgments of the trial court and grant counsel’s motion to
withdraw.


 Attorney Patricia Sedita must immediately send the notice required by
Texas Rule of Appellate Procedure 6.5(c) and file a copy of that notice with the Clerk
of this Court.

          Any pending motions are denied as moot.

PER CURIAM

Panel consists of Justices Jennings, Hanks, and Bland.

Do not publish. Tex. R. App. P. 47.2(b).